UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHCARE ALLY MANAGEMENT OF CALIFORNIA, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE CO.,<br><br>     Defendant. | Case No. 2:23-cv-06742-SB-MRW<br><br>ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION |

    After Defendant removed this case, the parties stipulated to extend Defendant's answer deadline to September 25, 2023.  Dkt. No. 9.  On September 25, the Court granted the parties' further stipulation for Plaintiff to file a Second Amended Complaint (SAC) and to extend the time for Defendant to answer.  Dkt. No. 17.  The Court ordered Plaintiff to file the SAC on or before October 6, 2023 (the date requested by the parties in the stipulation), and excused Defendant from answering the First Amended Complaint because that pleading would be mooted by the filing of the SAC.  Defendant's answer to the SAC is due October 25, 2023.

    Plaintiff's deadline has passed, and it has not filed the SAC.  Accordingly, Plaintiff is ORDERED to show cause at an in-person hearing on October 20, 2023, why this case should not be dismissed without prejudice for lack of prosecution.  Plaintiff shall file a written response to this order to show cause no later than October 16, 2023.  IT IS SO ORDERED.

Date: October 10, 2023

                                                  Stanley Blumenfeld, Jr.
                                                  United States District Judge